**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE L BROOKS, II,<br><br>      Petitioner,<br><br>  v.<br><br>PATRICK COVELLO,<br><br>      Respondent. | No. 2:20-CV-1573-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court are petitioner's motions for appointed counsel (ECF No. 6 and 14). There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motions for appointment of counsel (ECF No. 6 and 14) are denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

Dated: September 10, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE