IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No.  2:20-CV-1573 WBS DMC P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On July 21, 2021, the Magistrate Judge filed findings and recommendations recommending that Plaintiff's motion for injunctive relief (ECF No. 22) be denied. ECF No. 26. The findings and recommendations were served on the Plaintiff and contained notice that he may file objections within the time specified therein. Id. at 7. Plaintiff has not filed any objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations filed on July 21, 2021 (ECF No. 26) are adopted in full.

    2.    Plaintiff's motion for injunctive relief (ECF No. 22) is **DENIED**.

Dated: August 9, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE