IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II, | No. 2:20-CV-1573-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 13, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Although plaintiff subsequently filed other motions, including a motion for extension of time to file objections, which the magistrate judge granted on November 30, 2021, extending the time to file objections an additional 30 days from the date of that Order, no objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2021, are adopted in full;

2. This action is dismissed for failure to state a claim upon which relief can be granted;

3. All pending motions, ECF Nos. 30, 31, 35, 36, 42, 48, 50, and 51, are denied as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated: February 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE